# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MALCOLM GORDON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE et al.,<br><br>Defendant(s). | Case No. ED CV 24-02118-JLS (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that (1) the Fourteenth Amendment, Bane Act, and state tort law claims against Defendants Vrooman, Flakes, Tochtrop, Holland, Ibarra, and Reddin are dismissed with prejudice; (2) the Sixth Amendment ineffective assistance of counsel and legal malpractice claims against Defendant Diallo are dismissed with prejudice; (3) the First Amendment, Fourth Amendment, and California Civil Code § 51.9 claims are dismissed without prejudice but without leave to amend; and (4) the remaining Fourteenth Amendment, Bane Act, and state tort law claims against the

County of Riverside, Riverside County Sheriff's Department, and Sheriff Bianco be served.

Date: March 7, 2025

                                                 JOSEPHINE L. STATON
                                                 United States District Judge